GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile:  (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
CHANG PARK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ~~CR~~ 4-12-70753 MAG |
| Plaintiff, | *AMENDED* STIPULATION TO CONTINUE HEARING AND [~~PROPOSED~~] ORDER EXTENDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 AND 18 U.S.C. § 3161(H) |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE as follow:

1. The time limits in Federal Rule Criminal Procedure 5.1(c) shall be extended to and until March 21, 2013.

2. Counsel for the United States and defendant are still in the process of exchanging information and discussing a proposed resolution of the case prior to Indictment. Counsel for defendant believes it is in the best interest of defendant to seek early resolution of the case and requires additional time to obtain further information, consult with defendant and meet with the government and counsel for the government believes that it is in the best interest of justice to do so.

3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice

*United States v. Park* CR 04-12-70753 MAG
Stipulation and [~~Proposed~~] Order              1

1  and outweighs the interests of the public and the defendant in a speedy trial, and that failing to
2  extend the time limits would deny counsel for defendant and the government the reasonable time
3  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(7).
5       4.  The next court appearance in this case shall be March 21, 2013, at 9:30 am before the
6  duty magistrate in Oakland, for preliminary hearing or indictment.  The parties may seek further
7  extension of the time limits in Rule 5.1(c) by stipulation.
8       SO STIPULATED AND AGREED.

10  Dated:  February 26, 2013                    /s/
11                                               _____
                                                 Garrick S. Lew
                                                 Attorney for Chang Park

14  Dated:  February 26, 2013                    MELINDA HAAG
                                                 United States Attorney
16                                               /s/
17                                               _____
                                                 John Hemann
                                                 Assistant United States Attorney

*United States v. Park* CR 04-12-70753 MAG
Stipulation and [~~Proposed~~] Order                               2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ~~CR~~ 04-12-70753 MAG |
| Plaintiff, | ) | **[~~PROPOSED~~]** ORDER APPROVING CONTINUATION OF STATUS CONFERENCE |
| vs. | ) | |
| CHANG PARK, | ) | |
| Defendant. | ) | |

**[~~PROPOSED~~] ORDER**

Good cause appearing;

IT IS HEREBY ORDERED pursuant to stipulation of the parties and Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. § 3161(h)(7), the status conference scheduled for February 27, 2013 is continued to March 21, 2013 at 9:30 a.m.

DATED: February  26 , 2013

GRANTED

United States Magistrate Judge
Donna M. Ryu

*United States v. Park* CR 04-12-70753 MAG
Order Continuing Status Conference                     3