UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-70753-MAG |
| Plaintiff, | |
| vs. | EXTENDED TRAVEL ORDER |
| CHANG PARK, | |
| Defendant. | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business travel to Seoul, Korea through June 25, 2013.

IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services within 2 business days of his return to the United States.

DATED: __6/20/13_____

*Kandis Westmore*
Honorable Kandis W. Westmore
United States Magistrate Judge

3