1  GARRICK S. LEW (SBN 61889)
   Law Offices of Garrick S. Lew
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103-4888
3  Telephone: (415) 575-3588
   Facsimile:  (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant
   CHANG PARK

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,          )    4:12-70753 MAG
                                       )
13              Plaintiff,             )    STIPULATION TO CONTINUE
                                       )    HEARING AND ORDER
14     vs.                             )    EXTENDING TIME PURSUANT
                                       )    TO FED. R. CRIM. P. 5.1
15  CHANG PARK,                        )    AND 18 U.S.C. § 3161(H)
                                       )
16              Defendant.             )
                                       )
17

18       THE PARTIES HEREBY STIPULATE AND AGREE as follow:

19       1. The time limits in Federal Rule Criminal Procedure 5.1(c) shall be extended to and

20  until August 14, 2013.

21       2. Counsel for the United States and defendant are still in the process of exchanging

22  information and discussing a proposed resolution of the case prior to Indictment.  Counsel for

23  defendant believes it is in the best interest of defendant to seek early resolution of the case and

24  requires additional time to obtain further information, consult with defendant and meet with the

25  government and counsel for the government believes that it is in the best interest of justice to do

26  so.

27       3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice

28

*United States v. Park* 4-12-70753 MAG
Stipulation and Order                          1

1 and outweighs the interests of the public and the defendant in a speedy trial, and that failing to
2 extend the time limits would deny counsel for defendant and the government the reasonable time
3 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
4 3161(h)(7).

5     4.  The next court appearance in this case shall be August 14, 2013, at 9:30 a.m. before the
6 duty magistrate in Oakland, for preliminary hearing or indictment.  The parties may seek further
7 extension of the time limits in Rule 5.1(c) by stipulation.

8     SO STIPULATED AND AGREED.

10 Dated: June 27, 2013			/s/
11 						_____
						Garrick S. Lew
						Attorney for Chang Park

14 Dated: June 27, 2013			MELINDA HAAG
						United States Attorney

16 						/s/
						_____
17 						John Hemann
						Assistant United States Attorney

*United States v. Park* 4-12-70753 MAG
Stipulation and Order					2

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12-70753 MAG |
| Plaintiff, | ) ) ) | ORDER APPROVING CONTINUATION |
| vs. | ) | OF STATUS CONFERENCE |
| CHANG PARK, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Good cause appearing;

IT IS HEREBY ORDERED pursuant to stipulation of the parties and Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. § 3161(h)(7), the status conference scheduled for June 28, 2013 is continued to August 14, 2013 at 9:30 a.m.

DATED: June 28, 2013

_____
United States Magistrate Judge

*United States v. Park* 4-12-70753 MAG
Order Continuing Status Conference                    3