1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Chang Park

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556-YGR |
| Plaintiff, | STIPULATION FOR EXTENSION of TRAVEL ORDER and [PROPOSED] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park is currently in Korea on business pursuant to a travel order approved by the court which requires that he return to the United States on or before September 10, 2013. Due to evolving global business discussions he would like to remain in Korea for an additional week on business. Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading.

Counsel has spoken with AUSA John Hemann and there is no opposition to defendant's request to extend his return date to Tuesdat September 17, 2013. Defendant requests permission of the court to extend his travel to Seoul, Korea to September 17, 2013.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to extend his international travel outside the Northern District of California through September 17, 2013.

SO STIPULATED.

1  Dated: September 7, 2013

4  Garrick Lew
   Attorney for Defendant CHANG PARK

6  Dated: September 7, 2013

7                                                  /s/
   _____
8  John Hemann
   United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHANG PARK,<br><br>　　　　　Defendant. | Case No. 4:13-cr-00556-YGR<br><br>[PROPOSED] EXTENDED TRAVEL ORDER |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business travel to Seoul, Korea through September 17, 2013.

IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services within 2 business days of his return to the United States.

DATED: 9/9/13

_Kandis Westmore_
Honorable Kandis A. Westmore
United States Magistrate Judge