```
GARRICK S. LEW (SBN 61889)
Law Offices of Garrick S. Lew
1000 Brannan Street, Suite 488
San Francisco, CA 94103-4888
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant
CHANG PARK
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                 )<br>               Plaintiff,              )<br>                                                 )<br>     vs.                                      )<br>                                                 )<br> CHANG PARK,                      )<br>                                                 )<br>               Defendant.          )<br>                                                 ) | 4:13-cr-00556-YGR<br><br>*AMENDED* STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER EXTENDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 AND 18 U.S.C. § 3161(H) |

THE PARTIES HEREBY STIPULATE AND AGREE as follow:

1. The time limits in Federal Rule Criminal Procedure 5.1(c) shall be extended to and until October 3, 2013.

2. Counsel for the United States and defendant are still in the process of exchanging information and discussing a proposed resolution of the case prior to Indictment.  Counsel for defendant believes it is in the best interest of defendant to seek early resolution of the case and requires additional time to obtain further information, consult with defendant and meet with the government and so.

3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to

*United States v. Park* 4:13-cr-00556-YGR
Stipulation and [Proposed] Order                    1

extend the time limits would deny counsel for defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

4. The next court appearance in this case shall be October 3, at 9:30 a.m. before the duty magistrate in Oakland, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED.


Dated: September 11, 2013           /s/
                                    _____
                                    Garrick S. Lew
                                    Attorney for Chang Park


Dated: September 11, 2013           MELINDA HAAG
                                    United States Attorney


                                    /s/
                                    _____
                                    Carolyn Silane
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13-cr-00556-YGR |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER APPROVING CONTINUATION OF STATUS CONFERENCE |
| vs. | ) | |
| CHANG PARK, | ) | |
| Defendant. | ) | |

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation of the parties the court finds good cause to extend the time limit for conducting the preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1 (c), (d) and (e) and 18 U.S.C. § 3161(h)(7) on the basis that the requested continuance serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the preliminary hearing and arraignment scheduled for September 12, 2013 is continued to October 3, 2013 at 9:30 a.m.

DATED: 9/11/13

_Kandis Westmore_
United States Magistrate Judge

*United States v. Park* 4:13-cr-00556-YGR
Order Continuing Status Conference                3