GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-13-0556 YGR |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER and [PROPOSED] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents. His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty, Ltd., an Australian resource company involved in global commodity trading. Teviot has important business meetings scheduled in Seoul, Korea, China and Hong Kong beginning April 17, 2014 through June 3, 2014. Mr. Park's attendance at these meetings is essential to pending business opportunities for Teviot.

Mr. Park has provided pretrial services and government counsel with information regarding the purpose of the proposed business trip and his travel itinerary. Mr. Park has been in full compliance while on pretrial release. The government has no objection to the proposed travel.

Defendant requests permission of the court to travel to Seoul, Korea, China and Hong Kong on April 17, 2014 returning to Los Angeles on June 3, 2014.

Prior to departure, defendant will provide his pretrial services officer and government counsel with a copy of his proposed travel schedule, airline reservations, hotel reservations, local residence

accommodations and phone number where he can be reached while on travel and a copy of his prepaid return ticket.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to travel internationally outside the Northern District of California to Seoul, Korea, China and Hong Kong for business, from April 17, 2014 through June 3, 2014.

Dated: April 14, 2014

_____
Garrick Lew
Attorney for Defendant CHANG PARK

Dated: April 14, 2014

/s/
_____
John Hemann
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-12-70753-MAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | [~~PROPOSED~~] TRAVEL ORDER |
| CHANG PARK, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Seoul, Korea, China and Hong Kong for business, from April 17, 2014 returning on or before June 3, 2014.

IT IS FURTHER ORDERED that prior to his departing the United States, pretrial services release defendant's passport to defendant for purposes of business travel. Defendant shall provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations in Seoul, Korea, China Hong Kong and phone number in Seoul, Korea, where defendant shall stay, and his airline reservations and prepaid return ticket. Defendant shall surrender his passport back to Pretrial Services within two (2) business days of his return to the United States.

DATED: 4/15/14

Honorable Kandis Westmore
United States Magistrate Judge

*United States v. Park Chang, No. CR13-0556 YGR*
[Proposed] Travel Order

3