1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Chang Park

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )   Case No.  4:13-cr-00556 YGR
11                                  )
                  Plaintiff,        )   STIPULATION FOR EXTENSION of TRAVEL
12                                  )   ORDER and [PROPOSED] TRAVEL ORDER
        vs.                         )
13                                  )
   CHANG PARK,                      )
14                                  )
                  Defendant.        )
15 _____  )

16      Defendant Park is currently in Korea on business pursuant to a travel order approved by the court

17 which requires that he return to the United States on or before June 3, 2014.  Due to evolving global

18 business discussions he has been requested to stay and attend additional business meetings scheduled

19 to take place through the first week in June 2014.  Mr. Park is a Director of Teviot Resources Pty Ltd.

20 an Australian resource company involved in global commodity trading.

21      Counsel has spoken with AUSA John Hemann and there is no opposition to defendant's request

22 to extend his return date to June 16, 2014.

23      Defendant requests permission of the court to extend his current travel order to remain in Seoul,

24 Korea returning June 16, 2014.

25      THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be

26 granted permission to extend his international travel outside the Northern District of California returning

27 June 16, 2014.

28

*United States v. Chang Park,* Case No.  4:13-cr-00556 YDR                                                          1
Stipulation and [Proposed] Order **[UNDER SEAL]**                                                                   1

1  Dated: May 13, 2014

2
3
4                                                      Garrick Lew
                                                       Attorney for Defendant CHANG PARK
5
6  Dated: May 13, 2014

7                                                              /s/
                                                       _____
8                                                      John Hemann
                                                       United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-12-70753-MAG |
| Plaintiff, | ) | |
| | ) | [PROPOSED] EXTENDED TRAVEL ORDER |
| vs. | ) | |
| CHANG PARK, | ) | |
| Defendant. | ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business travel to Seoul, Korea through June 16, 2014.

IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services within 2 business days of his return to the United States.

DATED:  5/14/14

*Kandis Westmore*
Honorable Kandis W. Westmore
United States Magistrate Judge