1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Chang Park

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556 YGR |
| Plaintiff, | STIPULATION FOR EXTENSION of TRAVEL ORDER and [~~PROPOSED~~] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park is currently in Korea on business pursuant to a travel order approved by the court which requires that he return to the United States on or before June 16, 2014.  Due to ongoing global business discussions he has been requested to remain in Korea to attend additional business sales meetings scheduled to take place through June 28, 2014.   Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading.

Counsel has spoken with AUSA John Hemann and there is no opposition to defendant's request to extend his return date to June 28, 2014.  Defendant has also checked with Pretrial Services and there is no objection to the requested travel extension.

Defendant requests permission of the court to extend his current travel order to remain in Seoul, Korea returning June 28, 2014.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to extend his international travel outside the Northern District of California returning June 28, 2014.

1

2  Dated:  June 10, 2014

3

4

5                                                                Garrick Lew
                                                                 Attorney for Defendant CHANG PARK
6

7  Dated:  June 10, 2014

8                                                   /s/
                                    _____
9                                                 John Hemann
                                                  United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Chang Park,* Case No.  4:13-cr-00556 YDR
Stipulation and [Proposed] Extension of Travel Order                                                                  2

1
2
3
4
5
6
7
8
9
10                       UNITED STATES DISTRICT COURT
11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,         )   Case No. CR-12-70753-MAG
                                      )
14              Plaintiff,             )
                                      )   [PROPOSED] EXTENDED TRAVEL ORDER
15       vs.                           )
                                      )
16  CHANG PARK,                       )
                                      )
17              Defendant.             )
                                      )
18  _____
19       Good cause appearing and pursuant to the parties stipulation;
20       IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business
21  travel to Seoul, Korea through June 28, 2014.
22       IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services
23  within 2 business days of his return to the United States.
24
25  DATED: 6/13/14

                                          _____
26                                         Honorable Kandis W. Westmore
27                                         United States Magistrate Judge
28