1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Chang Park

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  4:13-cr-00556 YGR |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | November 20, 2014 STATUS |
| vs. ) | CONFERENCE and  ORDER |
| ) | |
| CHANG PARK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America, by and through its counsel of record, John Hemann, and Defendant Chang Park, by and through his counsel of record, Garrick Lew, hereby agree and stipulate that the status conference in this matter presently set for November 20, 2014 at 3:00 p.m. shall be continued to Thursday January 8 , 2015 at 3:00 p.m.

   IT IS SO STIPULATED

Dated:  November 11, 2014

                                                    Garrick S. Lew
                                                    Attorney for Defendant Chang Park

Dated:  November 11, 2014                           /s/
                                                    _____
                                                    John Hemann
                                                    United States Attorney

*United States v. Chang Park* 4:13-cr-00556 YGR
Stipulation and [Proposed] Order                                                    1

**ORDER**

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that defendant shall appear at 3:00 p.m. on Thursday January 8, 2015 for status conference.

DATED: November 17, 2014

_____
Yvonne Gonzalez Rogers
United States District Court Judge