GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556 YGR |
| Plaintiff, | STIPULATION FOR EXTENSION of TRAVEL ORDER and [P~~ROPOSED~~] ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

  Defendant Park is currently in Korea on business pursuant to a travel order approved by the court which requires that he return to the United States on or before November 18, 2014. Due to evolving global business discussions he has been requested to stay to conclude contract negotiations between Korea and an Australian mining company which should finalize in December 2014. Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading.

  Counsel has spoken with AUSA John Hemann and Pretrial Services Officer Matthew Markowski [Central District Office] and there is no opposition to defendant's request to extend his return date to on or before December 18, 2014.

  Defendant requests permission of the court to extend his travel in Seoul, Korea to December 20, 2014.

1    THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to extend his international travel outside the Northern District of California through Tuesday December 20, 2014.

Dated:  November 11, 2014

                                      Garrick Lew
                                      Attorney for Defendant CHANG PARK

Dated:  November 11, 2014

                                      /s/
                                      _____
                                      John Hemann
                                      United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:13-cr-00556 YGR |
| Plaintiff, | ) ) | |
| vs. | ) ) | [PROPOSED] EXTENDED TRAVEL ORDER |
| CHANG PARK, | ) ) | |
| Defendant. | ) ) ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business travel to Seoul, Korea through Tuesday December 20, 2014.

IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services within 2 business days of his return to the United States.

DATED: 11/18/14

_____
Honorable Kandis Westmore
United States Magistrate Judge