GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556-YGR |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER |
| vs. | and [PROPOSED] TRAVEL ORDER |
| CHANG PARK, | |
| Defendant. | |

  Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents. His travel is restricted within the state of California.

  Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading. Teviot has ongoing business transactions scheduled to commence in Hong Kong, Seoul-Korea and Singapore beginning February 26, 2015 continuing through April 18, 2015. Mr. Park's attendance at these meetings is essential to pending business opportunities which Teviot has material interests.

  Mr. Park will provide pretrial services and government counsel with his travel itinerary. This will be Mr. Park's eleventh request for international travel. All of Mr. Park's previous international travel requests have been granted and successfully completed without incident. Neither the government or pretrial services objects to the proposed business travel.

  Defendant requests permission of the court to travel to Hong Kong, Seoul-Korea and Singapore on or about February 26, 2015 returning to Los Angeles, California on or before April 18, 2015. Prior

to departure defendant will provide his pretrial services officer and government counsel with a copy of his proposed travel schedule, hotel reservations or locations where he will reside while on business travel in Hong Kong, Seoul-Korea and Singapore as well as his confirmed airline reservations and prepaid return ticket.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to travel internationally outside the Northern District of California to Hong Kong Seoul-Korea and Singapore for Teviot Resources Pty Ltd. business, from February 23, 2015 through April 18, 2015.

Dated: February 23, 2015

Garrick Lew
Attorney for Defendant CHANG PARK

Dated: February 23, 2015

/s/
_____
John Hemann
United States Attorney

*United States v. Park Chang, No.* 4:13-cr-00556-YGR
[Proposed] Travel Order                                                                                                     2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHANG PARK,<br><br>　　　　Defendant. | Case No. CR- ~~12-70753-MAG~~ 13-0556-YGR-2<br><br>[~~PROPOSED~~] TRAVEL ORDER |

　　Good cause appearing and pursuant to the parties stipulation;

　　IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Hong Kong, Seoul-Korea and Singapore for Teviot Resources Pty Ltd. business, from February 23, 2015, through April 18, 2015.

　　IT IS FURTHER ORDERED that prior to departing the United States defendant's passport be returned to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations and locations where defendant shall stay, and his confirmed airline reservations and prepaid return ticket. Defendant shall surrender his passport to Pretrial Services within 2 business days of his return to the United States.

DATED: 2/27/15

　　　　　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　Honorable Kandis A. Westmore
　　　　　　　　　　　　　　　　United States Magistrate Judge

*United States v. Park Chang, No.* 4:13-cr-00556-YGR
[Proposed] Travel Order　　　　　　　　　　　　　　　　　　　　　　　　　　　3