GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556 YGR |
| Plaintiff, | STIPULATION FOR EXTENSION of TRAVEL ORDER and [PROPOSED] ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park is currently in Korea on business pursuant to a travel order approved by the court on February 27, 2015 which requires that he return to the United States on or before April 18, 2015. Due to evolving business negotiations he has been requested to conclude contract negotiations between his company and a Chinese copper mining company in Tiangin, China which should conclude on or before May 15, 2015.  Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading.

Mr. Park has successfully complied with 17 previously approved international travel orders and extension of travel orders and travel to China has been approved in the past. [Docket No. 118].

Counsel has spoken with AUSA John Hemann and Pretrial Services Officer Matthew Markowski [Central District Office] and there is no opposition to defendant's request to extend his return date to May 15, 2015.

Defendant requests permission of the court to extend his travel in Seoul, Korea to include Tianjin, China to May 15, 2015.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to extend his international travel outside the Northern District of California through Tuesday May 15, 2105.

Dated: April 12, 2015

/s/
_____
Garrick Lew
Attorney for Defendant CHANG PARK

Dated: April 12, 2015

/s/
_____
John Hemann
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:13-cr-00556 YGR |
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] EXTENDED TRAVEL ORDER |
| CHANG PARK, | ) | |
| Defendant. | ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business travel in Seoul, Korea to include Tianjin, China, through May 15, 2015.

IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services within 2 business days of his return to the United States.

DATED: 4/14/15

_____
Honorable Kandis Westmore
United States Magistrate Judge