GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556-YGR |
| Plaintiff, | STIPULATION FOR EXTENSION of TRAVEL ORDER and [PROPOSED] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Defendant Park is currently in Korea on business pursuant to a travel order approved by the court which requires that he return to the United States on or before September 3, 2015.  Due to pending business discussions with a Korean customer he has been requested to prolong his stay to assist in closing the transaction. Mr. Park is bilingual in English and Korean and his language skills is essential to Teviot in ongoing negotiations between the parties. Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading.

Counsel has spoken with AUSA John Hemann and Pretrial Services Officer Victoria Gibson [Oakland Office] and there is no opposition to defendant's request to extend his return date to Wednesday September 16, 2015.

Defendant requests permission of the court to extend his travel to Seoul, Korea to September 16, 2015.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to extend his international travel outside the Northern District of California through September 16, 2015.

Dated: August 30, 2015

Garrick Lew
Attorney for Defendant CHANG PARK

Dated: August 30, 2015

/s/
_____
John Hemann
United States Attorney

2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:13-cr-00556-YGR |
| ) Plaintiff, ) | |
| ) | [PROPOSED] EXTENDED TRAVEL ORDER |
| vs. ) | |
| ) CHANG PARK, ) | |
| ) Defendant. ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business travel to Seoul, Korea through September 16, 2015.

IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services within 2 business days of his return to the United States.

DATED: 9/2/15

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge

3