1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Chang Park

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No. 4:13-cr-00556-YGR
                                    )
                 Plaintiff,         ) STIPULATION FOR TRAVEL ORDER
12                                  ) and [PROPOSED] TRAVEL ORDER
         vs.                        )
13                                  )
   CHANG PARK,                      )
14                                  )
                 Defendant.         )
15 _____  )

16      Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash

17 deposit signed by both of his parents.  His travel is restricted within the state of California.

18      Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved

19 in global commodity trading.  Teviot has resumed contract supply negotiations in Seoul-Korea and

20 Hong Kong with multiple Asian companies and industries seeking raw material supplies in 2016.  Mr.

21 Park is requesting permission to travel from December 7, 2015 returning January 7, 2016 to resume

22 ongoing business negotiations in Korea and Hong Kong for Teviot Resources.  Mr. Park's attendance

23 at these meetings is essential to pending ongoing business Teviot has in Asia.

24      Mr. Park will provide pretrial services and government counsel with his travel itinerary.  This

25 is Mr. Park's thirteenth request for international travel approval.  All of Mr. Park's previous

26 international travel requests have been granted and successfully completed without incident.  Neither

27 the government or pretrial services objects to the proposed business travel.

28

1  Defendant requests permission of the court to travel to Seoul-Korea and Hong Kong on or about
2  December 7, 2015 returning to Los Angeles, California on or before January 7, 2016.  Prior to departure
3  defendant will provide his pretrial services officer and government counsel with a copy of his proposed
4  travel schedule, hotel reservations or locations where he will reside while on business travel in Seoul-
5  Korea and Hong Kong as well as his confirmed airline reservations and prepaid return ticket.

6  THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
7  granted permission to travel internationally outside the Northern District of California to Seoul-Korea
8  and Hong Kong for Teviot Resources Pty Ltd. business, from December 7, 2015 through January 7,
9  2016.

10 Dated:  November 24, 2015

Garrick Lew
Attorney for Defendant CHANG PARK

15 Dated:  November 24, 2015

/s/
_____

John Hemann
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-cr-00556-YGR |
| Plaintiff, | |
| vs. | [PROPOSED] TRAVEL ORDER |
| CHANG PARK, | |
| Defendant. | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Seoul-Korea and Hong Kong, for Teviot Resources Pty Ltd. business, from December 7, 2015, through January 7, 2016.

IT IS FURTHER ORDERED that prior to departing the United States defendant's passport be returned to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations and locations where defendant shall stay, and his confirmed airline reservations and prepaid return ticket.  Defendant shall surrender his passport to Pretrial Services within 2 business days of his return to the United States.

DATED:  11/30/15

_____
Honorable Kandis A. Westmore
United States Magistrate Judge