RICHARD G. HULLINGER (SBN 294025)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556-YGR |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER |
| vs. | and [PROPOSED] TRAVEL ORDER |
| CHANG PARK, | |
| Defendant. | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents.  His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading.  Teviot has resumed contract supply negotiations in Seoul-Korea and Hong Kong with multiple Asian companies and industries seeking raw material supplies in 2016.  Mr. Park is requesting permission to travel from March 31, 2016, returning April 15, 2016 to resume ongoing business negotiations in Korea for Teviot Resources.  Mr. Park's attendance at these meetings is essential to pending ongoing business Teviot has in Asia.

Mr. Park will provide pretrial services and government counsel with his travel itinerary.  This is Mr. Park's fourteenth request for international travel approval.  All of Mr. Park's previous international travel requests have been granted and successfully completed without incident.  Neither the government or pretrial services objects to the proposed business travel.

1  Defendant requests permission of the court to travel to Seoul-Korea on or about March 31, 2016
2  returning to Los Angeles, California on or before April 15, 2016.   Prior to departure defendant will
3  provide his pretrial services officer and government counsel with a copy of his proposed travel schedule,
4  hotel reservations or locations where he will reside while on business travel in Seoul-Korea as well as
5  his confirmed airline reservations and prepaid return ticket.
6  THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
7  granted permission to travel internationally outside the Northern District of California to Seoul-Korea
8  for Teviot Resources Pty Ltd. business, from March 31, 2016 through April 15, 2016.
9  Dated: March 28, 2016

/s/

Richard Hullinger
Attorney for Defendant CHANG PARK

14  Dated: March 28, 2016

/s/

_____
John Hemann
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-12-70753-MAG |
| Plaintiff, | ) ) ) | [PROPOSED] TRAVEL ORDER |
| vs. | ) ) | |
| CHANG PARK, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Seoul-Korea for Teviot Resources Pty Ltd. business, from March 31, 2016 through April 15, 2016.

IT IS FURTHER ORDERED that prior to departing the United States defendant's passport be returned to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations and locations where defendant shall stay, and his confirmed airline reservations and prepaid return ticket. Defendant shall surrender his passport to Pretrial Services within 2 business days of his return to the United States.

DATED: 3/29/16

_Kandis Westmore_
Honorable Kandis A. Westmore
United States Magistrate Judge