1  RICHARD G. HULLINGER (SBN 294025)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Chang Park

8                 UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00556-YGR |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER |
| vs. | and [PROPOSED] TRAVEL ORDER |
| CHANG PARK, | |
| Defendant. | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents. His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading. Teviot has resumed contract supply negotiations in Seoul-Korea and Hong Kong with multiple Asian companies and industries seeking raw material supplies in 2016. Mr. Park previously was granted permission to travel from March 31, 2016, returning April 15, 2016 to resume ongoing business negotiations in Korea for Teviot Resources. However, Mr. Park had some medical issues and was not able to make his trip. Mr. Park requests permission to travel to conduct business with foreign companies in Asia from April 15, 2016, returning May 5, 2016. Mr. Park will be traveling to Seoul, South Korea on April 15, 2016; then to Hong Kong on April 20, 2016, then to Singapore on April 24, 2016, then back to Seoul on April 27, 2016, and finally returning to the United States on May 5, 2016. Mr. Park's attendance at these meetings is essential to pending ongoing business Teviot has in Asia.

1   Mr. Park will provide pretrial services and government counsel with his travel itinerary. This
2   is Mr. Park's fifteenth request for international travel approval. All of Mr. Park's previous international
3   travel requests have been granted and successfully completed without incident. Neither the government
4   or pretrial services objects to the proposed business travel.

5   Defendant requests permission of the Court to travel to Seoul, South Korea on April 15, 2016;
6   then to Hong Kong on April 20, 2016, then to Singapore on April 24, 2016, then back to Seoul on April
7   27, 2016, and finally returning to the Los Angeles, California on or before May 5, 2016. Prior to
8   departure defendant will provide his pretrial services officer and government counsel with a copy of his
9   proposed travel schedule, hotel reservations or locations where he will reside while on business travel
10  in Asia as well as his confirmed airline reservations and prepaid return ticket.

11  THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
12  granted permission to travel internationally outside the Northern District of California to Asia for Teviot
13  Resources Pty Ltd. business, from April 15, 2016 through May 5, 2016.

14  Dated: April 12, 2016

                                    /s/
                                    _____
                                    Richard Hullinger
                                    Attorney for Defendant CHANG PARK

19  Dated: April 12, 2016

                                    /s/
                                    _____
                                    John Hemann
                                    United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHANG PARK,<br><br>  Defendant. | Case No. CR-12-70753-MAG<br><br>[PROPOSED] TRAVEL ORDER |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Asia for Teviot Resources Pty Ltd. business, from April 15, 2016 through May 5, 2016.

IT IS FURTHER ORDERED that prior to departing the United States defendant's passport be returned to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations and locations where defendant shall stay, and his confirmed airline reservations and prepaid return ticket. Defendant shall surrender his passport to Pretrial Services within 2 business days of his return to the United States.

DATED: 4/12/16

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge