RICHARD G. HULLINGER (SBN 294025)
Law Office of Richard G. Hullinger
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
richardh@defendergroup.com

Attorney for Defendant Chang Park

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 4:13-cr-00556-YGR |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR TRAVEL ORDER |
| vs. | ) | and [PROPOSED] TRAVEL ORDER |
| CHANG PARK, | ) | |
| Defendant. | ) | |

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents.  His travel is restricted within the state of California.

Mr. Park has secured a new position with China Union Development, a company formed by his uncle.  As part of the new venture Mr. Park must travel to Korea to negotiate the new company's first business deal with Mr. Park's clients in Korea, including Hyundai Steel.  Mr. Park requests permission to travel to conduct business with foreign companies in Seoul from June 2, 2016, returning June 10, 2016.   Mr. Park's attendance at these meetings is essential to new business deals China Union Development is attempting to negotiate.

Mr. Park will provide pretrial services and government counsel with his travel itinerary.  This is Mr. Park's sixteenth request for international travel approval. All of Mr. Park's previous international travel requests have been granted and successfully completed without incident.  Neither the government or pretrial services objects to the proposed business travel.

1  Defendant requests permission of the Court to travel to Seoul, South Korea on June 2, 2016, and
2  returning to the United States on or before June 10, 2016. Prior to departure defendant will provide his
3  pretrial services officer and government counsel with a copy of his proposed travel schedule, hotel
4  reservations or locations where he will reside while on business travel in Korea as well as his confirmed
5  airline reservations and prepaid return ticket.
6  THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be
7  granted permission to travel internationally outside the Northern District of California to Korea for
8  business from June 2, 2016, through June 10, 2016.
9  Dated: May 31, 2016

11  /s/
12  Richard Hullinger
    Attorney for Defendant CHANG PARK

14  Dated: May 31, 2016

15  /s/
    _____
16  John Hemann
    United States Attorney

*United States v. Park Chang, No.* 4:13-cr-00556-YGR
[Proposed] Travel Order                                                                 2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. ~~CR-12-70753-MAG~~
) 4:13-cr-00556-YGR-2
      Plaintiff, )
) ~~[PROPOSED]~~ TRAVEL ORDER
  vs. )
)
CHANG PARK, )
)
      Defendant. )
)

    Good cause appearing and pursuant to the parties stipulation;

    IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Seoul, South Korea for business, from June 2, 2016 through June 10, 2016.

    IT IS FURTHER ORDERED that prior to departing the United States defendant's passport be returned to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations and locations where defendant shall stay, and his confirmed airline reservations and prepaid return ticket. Defendant shall surrender his passport to Pretrial Services within 2 business days of his return to the United States.

DATED: 6/1/16

                                    *Kandis Westmore*
                          Honorable Kandis A. Westmore
                          United States Magistrate Judge