RICHARD G. HULLINGER (SBN 294025)
Law Office of Richard G. Hullinger
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
richardh@defendergroup.com

Attorney for Defendant
**CHANG PARK**

FILED
AUG 25 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHANG PARK,<br><br>  Defendant. | Case No. 13-CR-556 YGR<br><br>**[PROPOSED] ORDER EXONERATING BOND AND RETURNING SECURITY SECURING BOND** |

GOOD CAUSE appearing,

It is hereby ORDERED that the bond entered on November 13, 2012, be exonerated and that the security on deposit with Bank of America (certificate of deposit (CD) account ending in 8025) be returned free from any liens or asset freezes previously entered by the Clerk of the Court in the above-captioned matter.

**IT IS SO ORDERED.**

Dated: August 25, 2016

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE